MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
GRISELDA NUNEZ o/b/o             :
YVETTE CASTRO,                   :
                                 :
              Plaintiff,         :
                                 :
        - v. -                   :
                                 :       STIPULATION AND ORDER
                                 :       07 Civ. 11075 (JGK)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 11, 2008 to and including April 11, 2008.  This extension is requested

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

because the administrative record has not yet been received by the defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
      January /,, 2008

                         PARTNERSHIP FOR CHILDREN'S
                           RIGHTS
                        Attorneys for Plaintiff

By: _____
    MICHAEL D. HAMPDEN, ESQ.
    271 Madison Avenue, 17th Floor
    New York, New York 10016
    Telephone No. (212) 683-7999

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj@gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
2/4/08