

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 11, 2008

BY FAX
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

    Re:  <u>Griselda Nunez o/b/o Yvette Castro  v. Astrue</u>
        07 Civ. 11075 (JGK)

Dear Judge Koeltl:

      This Office represents the Commissioner of Social
Security, defendant in this action.  I write respectfully to
request an extension of defendant's time to file an answer or
move with respect to the complaint.

      The answer was originally due on February 11, 2008.
After one previous extension request was granted, the answer is
now due today, April 11, 2008.  This case was recently assigned
to me, and because I have not yet completed my review of the
administrative record, I respectfully request that the time in
which to answer or move with respect to the complaint be extended
by thirty days, to May 12, 2008.  Plaintiff has kindly consented
to this request.

      Thank you for your consideration of this matter.

                Respectfully,

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

4/14/08

                By:

                MICHAEL J. GARCIA
                United States Attorney

                Susan C. Branagan
                SUSAN C. BRANAGAN
                Assistant United States Attorney
                Telephone: (212) 637-2804
                Fax: (212) 637-2750

cc:  Michael Hampden, Esq.
      By Fax