


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 12, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

BY FAX
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

Re: Griselda Nunez o/b/o Yvette Castro v. Astrue
07 Civ. 11075 (JGK)

Dear Judge Koeltl:

This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of defendant's time to file an answer or move with respect to the complaint.

The answer was originally due February 11, 2008. After two previous extension requests were granted, the answer is now due today, May 12, 2008. The Commissioner is currently reconsidering his position in this case. Accordingly, I respectfully request that the time in which to answer or move with respect to the complaint be extended by thirty days, to June 11, 2008. Plaintiff has kindly consented to this request.

Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Michael Hampden, Esq.
    By Fax

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/12/08

TOTAL P.02