```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 6/12/08         │
└─────────────────────────────┘
```



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 11, 2008

BY FAX
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

JUN 11 2008

Re:   Griselda Nunez o/b/o Yvette Castro v. Astrue
      07 CV 11075 (JGK)

Dear Judge Koeltl:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to inform the Court of recent events and to request an extension of defendant's time to respond to the complaint.

    Pursuant to the Court's order of May 12, 2008, the answer is due today, June 11, 2008. After reconsidering his position in this matter, the Commissioner decided to offer plaintiff a remand for further administrative proceedings. I sent a proposed stipulation for remand to plaintiff on May 28, 2008, but it has not yet been returned. To allow plaintiff time to consider the proposed remand, I respectfully request that the time in which to answer the complaint be extended by two weeks, to June 25, 2008. This is the government's third request for an extension. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

APPLICATION GRANTED
SO ORDERED
*/s/ John G. Koeltl* 6/6/2008
John G. Koeltl, U.S.D.J.

6/12/08

cc:   Michael D. Hampden, Esq.
      Partnership for Children's Rights
      271 Madison Avenue, 17th floor
      New York, New York 10016

TOTAL P.02