


**PARTNERSHIP FOR CHILDREN'S RIGHTS**

July 17, 2008

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007-1312

Re: Griselda Nunez o/b/o Yvette Castro, v. Astrue
    07 Civ. 11075 (JGK)

Dear Judge Koeltl,

In this action for review of a denial of Supplemental Security Income (SSI) applied for on behalf of a child, the Commissioner has served and filed his Answer and the administrative record.

I write to respectfully request that you approve the following motion schedule agreed to by the parties:

The defendant's motion to remand for further administrative proceedings, with supporting memorandum of law, will be filed and served on or before September 9, 2008. The plaintiff will serve and file her cross-motion for judgment on the pleadings, with supporting memorandum of law, on or before October 9, 2008. The defendant will serve and file her reply memorandum of law, if any, on or before October 23, 2008.

Thank you very much.

Sincerely,

Michael D. Hampden
Attorney for Plaintiff
(212) 683-7999, ext. 226

cc:
United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Susan C. Branagan
Assistant U.S. Attorney

APPLICATION GRANTED
SO ORDERED
7/18/08
John G. Koeltl, U.S.D.J.

Formerly known as Legal Services for Children
271 MADISON AVENUE, 17TH FLOOR, NEW YORK, NY 10016 • 212.683.7999 • Fax: 212.683.5544 • Website: pfcr.org